**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RARTAVIS RUCKER**                                                                               **PLAINTIFF**
**ADC #174544**

**v.**                                          **Case No. 4:23-cv-00339-KGB**

**JOE PAGE,** *et al.*                                                                          **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 7). *Pro se* plaintiff Rartavis Rucker filed objections to the Recommendation (Dkt. No. 8). After conducting a *de novo* review of the record, the Court determines that Mr. Rucker's objections break no new legal ground. The Court therefore adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 7). Mr. Rucker's amended complaint is dismissed without prejudice (Dkt. No. 6). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so ordered this 15th day of June, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge