## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RARTAVIS RUCKER**                                                                    **PLAINTIFF**
**ADC #174544**

**v.**                                   **Case No. 4:23-cv-00339-KGB**

**JOE PAGE,** *et al.*                                                                **DEFENDANTS**

### <u>JUDGMENT</u>

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Rartavis Rucker's amended complaint is dismissed without prejudice (Dkt. No. 6). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge